HAYWOOD & SON v. O'BRIEN ET AL.

| 52 | 537 |
| 98 | 14 |

1. **Landlord and Tenant:** ASSIGNMENT OF LEASE: ATTACHMENT. The assignment of a lease of real estate is valid, and vests the assignee with all the rights of the landlord, including the right to an attachment for non-payment of rent.

### Appeal from Clinton District Court.

### MONDAY, DECEMBER 8.

THE petition states that Robert Huffman, by an instrument in writing, leased certain premises to the defendants for a term of years, the rent to be paid annually in money, and that the lease had been assigned to the plaintiffs. The rent being unpaid, the plaintiffs asked that a landlord's attachment be issued, which was done, and certain property of the defendants attached. The defendants moved the court to quash the attachment on the grounds, in substance, that the lease was not assignable, and that the relation of landlord and tenant did not exist between plaintiffs and the defendant. The motion was overruled, and the defendants appeal.

*John I. Mullany* and *Aylett R. Cotton*, for appellants.

*J. S. & D. J. Darling* and *W. W. Stevens*, for appellees.

SEEVERS, J.—It was held in *Lufkin & Wilson v. Preston*, *ante*, page 235, that leases like the one in question were
1. LANDLORD and tenant: assignment of lease: attachment. assignable, and that the assignee was entitled thereunder to the rent. This being true, we think it follows that the assignee is entitled to a writ

of attachment, as provided by statute. The assignment of the lease carried with it the lien of the lessor, and all the remedies for its enforcement.

AFFIRMED.